FILED

08 AUG 28 PM 2:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2931 BEN |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ABRAHAM COPADO (1), LIZETTE GONZALEZ (2), OMAYRA HERNANDEZ (3), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about July 20, 2008, within the Southern District of California, defendants ABRAHAM COPADO, LIZETTE GONZALEZ, and OMAYRA HERNANDEZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 61.56 kilograms (135.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

JPME:em:Imperial
8/27/08

<u>Count 2</u>

On or about July 20, 2008, within the Southern District of California, defendants ABRAHAM COPADO, LIZETTE GONZALEZ, and OMAYRA HERNANDEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 61.56 kilograms (135.43 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: August 28, 2008.

A TRUE BILL:

*(signature)*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *(signature)*
JAMES P. MELENDRES
Assistant U.S. Attorney